COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Samuel J. Prater, M.D. and Krista G. Handyside v. Telicia  Owens

Appellate case number:    01-21-00264-CV

Trial court case number:   2012-07534

Trial court:               152nd District Court of Harris County

     Appellee Telicia Owens's Third Motion for Extension of Time to File Brief is **granted.** Appellee's brief is due January 24, 2022.


     It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually


Date: January 11, 2022